UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ankar Singh,<br><br>                    Petitioner,<br><br>          -against-<br><br>Acting Field Office Director et al.,<br><br>                    Respondents. | 26-CV-4250 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

The Court is in receipt of the habeas corpus petition and motion for a temporary restraining order. Dkts. 1, 3. The motion for a temporary restraining order is partially granted as follows:

Respondents are enjoined from transferring petitioner to any location outside the Southern District of New York, the Eastern District of New York, or the District of New Jersey absent this Court's prior approval.

Respondents are ordered to file their response to the pending petition for habeas corpus by **May 26, 2026 at 5:00 PM**. That briefing should address (1) the basis for petitioner's detention, (2) the circumstances of the arrest, (3) whether petitioner has previously been detained in immigration custody and released (and under what authority), and (4) what process petitioner was given. Petitioner may submit a reply by **May 28, 2026 at 5:00 PM**.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 3 and send a copy of this order to Jeffrey.Oestericher@usdoj.gov.

SO ORDERED.

Dated: May 21, 2026
       New York, New York

_____
     ARUN SUBRAMANIAN
     United States District Judge