UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ankar Singh,

                    Petitioner,

         -against-

Acting Field Office Director et al.,

                    Respondents.

26-CV-4250 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

        Petitioner is directed to file any reply to respondents' letter by 5 p.m. tomorrow, May 28, 2026.

        SO ORDERED.

Dated:  May 27, 2026
        New York, New York

_____
            ARUN SUBRAMANIAN
         United States District Judge